No. 00-168. Chemical & Allied Product Workers Union, Local 20, AFL-CIO v. Jays Foods, L. L. C. C. A. 7th Cir. Certiorari denied.

No. 00-169. Davis v. Florida Power & Light Co. C. A. 11th Cir. Certiorari denied.

No. 00-171. Lawrence v. Curators of the University of Missouri. C. A. 8th Cir. Certiorari denied.

No. 00-173. LaFlamme v. Essex Junction School District. Sup. Ct. Vt. Certiorari denied.

No. 00-176. Apel et al. v. Canary. C. A. 6th Cir. Certiorari denied.

No. 00-179. Southeastern Fertility Center v. Aetna Casualty & Surety Co. C. A. 4th Cir. Certiorari denied.

No. 00-181. Wood v. Prudential Insurance Company of America et al. C. A. 3d Cir. Certiorari denied.

No. 00-190. Flick v. Liberty Mutual Fire Insurance Co. C. A. 9th Cir. Certiorari denied.

No. 00-205. Johnson, Commissioner of Revenue of Tennessee v. J. C. Penney National Bank. Ct. App. Tenn. Certiorari denied.

No. 00-207. Wasson v. Sonoma County Junior College District et al. C. A. 9th Cir. Certiorari denied.

No. 00-208. DeGennaro v. Furr. C. A. 11th Cir. Certiorari denied.

No. 00-210. Berg v. State Bar of California. Sup. Ct. Cal. Certiorari denied.

No. 00-212. Schmitt Industries, Inc. v. Balance Dynamics Corp. C. A. 6th Cir. Certiorari denied.